No. 367, Misc. COLE *v.* HEINZE, WARDEN. Supreme Court of California. Certiorari denied.

No. 368, Misc. SHAW *v.* RANDOLPH, WARDEN. Circuit Court of Randolph County, Illinois. Certiorari denied.

No. 370, Misc. DUNLAP *v.* MARYLAND. Court of Appeals of Maryland. Certiorari denied.

No. 372, Misc. MARSH *v.* INDIANA. Superior Court of Indiana, La Porte County. Certiorari denied.

No. 375, Misc. BOOTH *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 376, Misc. JOHNSON *v.* ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 377, Misc. WELLS *v.* RAGEN, WARDEN, ET AL. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 378, Misc. SEVERA *v.* MALPASS, PAROLE OFFICER. C. A. 2d Cir. Certiorari denied.

No. 381, Misc. THOMAS *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 383, Misc. NORDELL *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 387, Misc. ZUCCO *v.* RAGEN, WARDEN. Circuit Court of Lake County, Illinois. Certiorari denied.

No. 393, Misc. HALL *v.* SKEEN, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.